**EXHIBIT 1**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

THEODORE A. BELL,
    Plaintiff,

Case No. 14-cv-00121

-vs-

ARCHER DANIELS MIDLAND COMPANY,
    Defendant.

_____

## STIPULATION OF DISMISSAL

Plaintiff Theodore A. Bell and Defendant Archer Daniels Midland Company, by their respective attorneys, hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice and without costs or attorneys' fees to either side.

| AGREED: | AGREED: |
|---|---|
| **PLAINTIFF THEODORE A. BELL** | **DEFENDANT ARCHER DANIELS MIDLAND COMPANY** |
| By: /s/ *Thomas J. Currie* <br>     One of His Attorneys | By: /s/ *Ami N. Wynne* <br>     One of Its Attorneys |
| Dated: January 7, 2016 | Dated: January 5, 2016 |
| Thomas J. Currie <br> Currie & Liabo Law Firm, P.L.C. <br> Attorney for Plaintiff <br> 1853 51st Street NE, Suite 1 <br> Cedar Rapids, IA 52402 <br> (319) 774-2060 <br> tcurrie@currieliabo.com | Ami N. Wynne (*pro hac vice*) <br> Natalie C. Chan (*pro hac vice*) <br> SIDLEY AUSTIN LLP <br> Attorneys for Defendant <br> One South Dearborn Street <br> Chicago, IL 60603 <br> (312) 853-7000 <br> awynne@sidley.com <br> natalie.chan@sidley.com <br><br> Kevin J. Visser (AT0008101) <br> Lisa A. Stephenson (AT0007560) <br> Simmons Perrine Moyer Bergman PLC <br> Attorneys for Defendant <br> 115 Third Street SE, Suite 1200 <br> Cedar Rapids, IA 52401-1266 <br> (319) 366-7641 <br> kvisser@simmonsperrine.com <br> lstephenson@simmonsperrine.com |